IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02153-WYD-CBS

KELLY J. McMILLAN,

    Plaintiff,

v.

WASTE MANAGEMENT OF COLORADO, INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation to Dismiss filed March 25, 2011.  The Stipulation seeks a dismissal of the case with prejudice pursuant to a settlement that resolves all disputes between the parties.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Stipulation to Dismiss is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.

Dated:  March 28, 2011

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge